CASE 1:21-MC-00102-AKH    Filed 9/17/07    Page 1 of 2

ESCHEN, FRENKEL, WEISMAN & GORDON, LLP
20 West Main Street
Bay Shore, New York 11706
(631) 969-7777

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
IN RE:                                                                    Case No.: 1:21 MC 102(AKH)
 LOWER MANHATTAN DISASTER SITE
LITIGATION  (21 MC 102)
---------------------------------------------------------X
JANUSZ JAKUBOWSKI and                          **NOTICE OF ADOPTION OF**
WIFE KRYSTYNA KARPINKSKA,               **ANSWER TO MASTER**
                                                                              **COMPLAINT**

              Plaintiffs,                                        **ELECTRONICALLY FILED**

                                                                              Docket #: 06-CV-14741-AKH

              -against-

2 WORLD FINANCIAL CENTER, et. al.,

              Defendants.
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendants LIONSHEAD 110 DEVELOPMENT, LLC formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC by their attorney, ESCHEN, FRENKEL, WEISMAN & GORDON, LLP as and for a their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007,

which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

WHEREFORE, the defendants LIONSHEAD 110 DEVELOPMENT, LLC formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: Bay Shore, New York
September 14, 2007

Yours, etc.,

By:_____
    Todd E. Weisman (TEW-0963)
ESCHEN, FRENKEL, WEISMAN
& GORDON, LLP
*Attorneys for Defendants*
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC
20 West Main Street
Bay Shore, New York 11706
(631) 969-7777
File #: 9088-07